# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONJIA MACK, | Case No.: 2:18-cv-00799-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| BRIAN E. WILLIAMS, SR., | |
| Defendant | |

On July 17, 2020, I certified questions to the Supreme Court of Nevada. ECF No. 37. On December 29, 2022, the Supreme Court of Nevada issued its decision. *Mack v. Williams*, --- P.3d ----, 138 Nev. Adv. Op. 86, 2022 WL 17998520 (Nev. 2022) (en banc).

I THEREFORE ORDER that by January 27, 2023, the parties shall confer on how this case should proceed. If the parties can agree, they shall file a stipulation by February 10, 2023. If they cannot agree, they shall file a status report setting forth each side's position by February 10, 2023.

DATED this 4th day of January, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE