# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONJIA MACK, | Case No.: 2:18-cv-00799-APG-VCF |
| Plaintiff | **Order for Settlement Conference** |
| v. | |
| BRIAN E. WILLIAMS, SR., | |
| Defendant | |

In their Joint Status Report (ECF No. 57), the parties request a settlement conference. That is a good suggestion.

I THEREFORE ORDER that this matter is referred to Magistrate Judge Ferenbach to conduct a settlement conference with the parties.

DATED this 15th day of February, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE