AARON D. FORD
  Attorney General
CHRIS DAVIS (Bar No. 6616)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3095 (phone)
(702) 486-3773 (fax)
Email: cwdavis@ag.nv.gov

*Attorneys for Defendants*
*Mayra Laurian, James Dzurenda,*
*Brian Williams, and Arthur Emling*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SONJIA MACK, an individual,<br><br>　　　　Plaintiff,<br><br> v.<br><br>BRIAN E. WILLIAMS, Sr., in his individual capacity; JAMES E. DZURENDA, in his individual capacity; ARTHUR EMLING, Jr., in his individual capacity; MYRA LAURIAN, in her individual capacity; JOHN DOES 1 and 2, in their individual capacities,<br><br>　　　　Defendants. | Case No. 2:18-cv-00799-APG-VCF<br><br>**ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br>**(First Request)** |

Pursuant to Local Rule 7-1, Plaintiff Sonjia Mack, by and through Counsel, Travis N. Barrick, Esq. and Nathan E. Lawrence, Esq., of Gallian Welker & Associates, L.C, and Defendants Mayra Laurian, James Dzurenda, Brian Williams, and Arthur Emling, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Chris Davis, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate and agree to continue the settlement conference scheduled for April 14, 2023, to a time no sooner than May 17, 2026, at a time convenient for the Court. Counsel for Defendant inadvertently mis-calendared the date for submitting the settlement statement, and failed

to inform the Nevada Tort Claim Manager of the date of the conference. The parties agree that the involvement of the Tort Claims Manager is essential to the parties' good faith efforts to resolve this matter.

    Accordingly, the parties stipulate and agree as follows:

    1.    The settlement conference scheduled for April 14, 2023, is continued to a time no sooner than May 17, 2026, at a time convenient for the Court.

    2.    The parties' settlement statements shall be due one (1) week before the settlement conference.

    3.    To assist the court in scheduling a new date, the parties have reviewed their calendars and are available on the following dates: May 17, 22, June 14-15; July 5-6.

| | |
|---|---|
| Dated this 7th day of April 2023.<br><br>By: /s/ Travis N. Barrick, Esq.<br>Travis N. Barrick, Esq.<br>Nathan E. Lawrence, Esq.<br>GALLIAN WELKER<br>& ASSOCIATES, L.C.<br>730 Las Vegas Blvd. S., #104<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | Dated this 7th day of April 2023.<br><br>By: /s/ Chris Davis, Esq.<br>Chris Davis, Esq.<br>Senior Deputy Attorney General<br>State of Nevada<br>Office of the Attorney General<br>555 E. Washington Avenue, St. 3900<br>Las Vegas, NV 89101<br>*Attorney for Defendants* |

**ORDER**

IT IS ORDERED that the settlement conference scheduled for April 14, 2023, is continued to July 5, 2023, at 10:00 a.m., and the parties' settlement statements and email addresses to be used for the conference are due June 28, 2023. Counsel/parties must email chambers at VCF_Chambers@nvd.uscourts.gov, with all email address(es) to be used for the video conference hearing.

                                                  UNITED STATES MAGISTRATE JUDGE

                                    Dated: April 10, 2023