AARON D. FORD
  Attorney General
CHRIS DAVIS (Bar No. 6616)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9252 (phone)
(702) 486-3773 (fax)
Email: cwdavis@ag.nv.gov

*Attorneys for Defendants*
*Mayra Laurian, James Dzurenda,*
*Brian Williams, and Arthur Emling*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SONJIA MACK, an individual,<br><br>　　　　　Plaintiff,<br><br> v.<br><br>BRIAN E. WILLIAMS, Sr., in his individual capacity; JAMES E. DZURENDA, in his individual capacity; ARTHUR EMLING, Jr., in his individual capacity; MYRA LAURIAN, in her individual capacity; JOHN DOES 1 and 2, in their individual capacities,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00799-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTENED THE TIME TO FILE THE JOINT PRETRIAL ORDER**<br>**(First Request)** |

　　　　Plaintiff, Sonjia Mack, by and through his attorney, Travis N. Barrick, of Gallian Welker & Associates, L.C., and Defendants, Mayra Laurian and Arthur Emling, by and through counsel, Aaron D. Ford, Nevada Attorney General, Chris Davis, Senior Deputy Attorney General, hereby stipulate and agree to stay to extend the time to file the Joint Pretrial Order set forth in this Court's minutes (ECF No. 62) by thirty (30) days, from September 5, 2023, to Thursday, October 5, 2023.  Senior Deputy Attorney Douglas Rands will be representing Defendants at trial,  Mr. Rands, however, is unable to complete the Joint Pretrial Order by the deadline set by the Court due to an unexpected family

emergency. The parties therefore stipulate and agree that good cause is present to extend the deadline for the Joint Pretrial Order, and agree that this stipulation is made in good faith and not for the purposes of delay.

Accordingly, the parties stipulate and agree that time to file the Joint Pretrial Order set forth in this Court's minutes (ECF No. 62) should be extended by thirty (30), days from September 5, 2023, to Thursday, October 5, 2023.

DATED this 1st of September 2023.     DATED this 1st day of September 2023.

AARON D. FORD
Attorney General

By: /s/ Travis N. Barrick                By: /s/ Chris Davis.
Travis N. Barrick (Bar No. 9257)         Chris Davis (Bar No. 6616)
GALLIAN WELKER & ASSOCIATES, L.C.        Senior Deputy Attorney General
730 Las Vegas Boulevard South, Suite 104 *Attorneys for Defendants*
Las Vegas, Nevada 89101
T: (702) 892-3500
E: tbarrick@vegascase.com
Attorney for Plaintiff

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:     9-14-2023