# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONJIA MACK, | Case No.: 2:18-cv-00799-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| BRIAN E. WILLIAMS, SR., | |
| Defendant | |

In light of the notice of settlement (ECF No. 68),

I ORDER that the defendants' motion for leave to file a motion for judgment on the pleadings **(ECF No. 63) is DENIED as moot**, without prejudice to refile it if the settlement is not completed.

DATED this 4th day of October, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE