AARON D. FORD
 Attorney General
CHRIS DAVIS (Bar No. 6616)
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9252 (phone)
(702) 486-3773 (fax)
Email: cwdavis@ag.nv.gov

*Attorneys for Defendants*
*Myra Laurian, James Dzurenda,*
*Brian Williams, and Arthur Emling*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SONJIA MACK, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BRIAN E. WILLIAMS, Sr., in his individual capacity; JAMES E. DZURENDA, in his individual capacity; ARTHUR EMLING, Jr., in his individual capacity; MYRA LAURIAN, in her individual capacity; JOHN DOES 1 and 2, in their individual capacities,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00799-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS THIS CASE WITH PREJUDICE** |

　　The Parties, Plaintiff Sonjia Mack, by and through her counsel, Travis N. Barrick and Nathan E. Lawrence of Gallian Welker & Associates, L.C., and Defendants Brian E. Williams, Sr., James E. Dzurenda, Arthur Emling, Jr., and Myra Laurian, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Chris Davis, Senior Deputy Attorney General, hereby stipulate and agree that this matter be dismissed with prejudice by Order of this Court, each party to bear their own attorney's fees and costs.

DATED this 27th day of November 2023.

By: _____
Travis N. Barrick (Bar No. 9257)
Nathan E. Lawrence (Bar No. 15060)
GALLIAN WELKER & ASSOCIATES, L.C
*Attorneys for Plaintiff*

DATED this 27th day of November 2023.

AARON D. FORD
Attorney General

By: _____
Chris Davis (Bar No. 6616)
Senior Deputy Attorney General
D. Randall Gilmer (Bar No. 14001)
Chief Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 28th day of November, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE